UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Nathaniel Peterson )
3430 W. Wisconsin Ave. #31 )
Milwaukee, WI 53208 )
_____ )
                         )
(Full Name of Plaintiff or Plaintiffs) )
                         )
         vs              )        Case No. 15-C-0243
                         )                 (Supplied by Clerk)
James B. Christle        )
Terry Phelps             )
Tripoli Temple, Inc.     )
_____ )
(Full Name of Defendant or Defendants) )

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2015 MAR -4 A 11: 59

JON A. SANFILIPPO
CLERK

## COMPLAINT

I. **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
      ☐ YES    ☑ NO

   B. Have you begun other lawsuits in state or federal court?
      ☐ YES    ☑ NO

   C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

      1. Parties to the previous lawsuit

         Plaintiff(s) _____

         Defendant(s) _____

      2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)? _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) Nathaniel Petoasch

B. Your Address and Phone Number 3430 W. Wisconsin Ave #311 Milwaukee, WI 53208 (414) 712-2952
(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) James B. Christle
Terry Phelps

D. Defendants address 3000 W. Wisconsin Avenue

E. Additional DEFENDANTS (names and addresses) Tripoli Temple, Inc
3000 W. Wisconsin Avenue
Milwaukee, WI 53208

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: This is a legal complaint against a white female, a white male, and a white organization (with the exception of one blackman and his half white son). I was discriminated against by a white women, a white man, and a white organization. In filing this complaint with the Federal court system, one is never allowed a trial, one is not allowed to mention the word constitution — yet the complaint can be dismissed as frivolous

In November of 2013 I filed a complaint of sexual harassment against John Best (the building superintendent and a member of the Tripoli temple) with the Equal Employment Opportunity Commission (EEOC). EEOC dismissed the complaint (dismissal and notice of rights enclosed). Previously, I had worked for the Tripoli temple for 3 years with no problems with management, nor its members; I had only been praised for my performance ———— After filing the sexual harassment complaint the repercussions started. The touching continued. I continued to complain to management (James B. Christie) Thereafter John Best was fired approximately September 2013

**STATEMENT OF CLAIM**-Continued

My immediate supervisor was fired around August 2013.

From September 2013 thru November 2013 I had to answer to a group of 3 new mangers. I was oppressed to document all my daily functions, tasks, duties etc. I had to train banquet servers and maintenance workers (maintenance workers were trained to perform the duties of the building superintendent). I never received a pay raise. Also during the period of September 2013 and October 2013 Terry Phelps (one of the newly appointed managers) persisted in screaming at me in front of subordinates.

I later had a meeting with James B. Christie (the acting president). I recorded the meeting. James Christie informed me that Terry Phelps had alot on her table and to bear with her. Several days later I began work when Terry Phelps approached me to introduce the new Banquet Captain. I had not the remotest idea I had been relieved as the Banquet Captain.

**STATEMENT OF CLAIM**-Continued

Since I was effectively fired as the Banquet Captain I vacated the work site; nothing difficult to understand. After filing for unemployment benefits, James B. Christie and Terry Phelps concocted many lies. One lie in particular stated that I resigned the position of Banquet captain.

After pursuing justice for unemployment benefits in the Circuit Court; the Circuit court Judge stated "she never considered the fact that I had a recording" proving that I did not resign and proving that James B. Christie and Terry Phelps were blatant liars, proving that I was discriminated against by an all white organization, and by two white managers representing that organization.

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

For my time, for my sufferings, for my lost unemployment benefits, for attorney fees, and for my hard labor plaintiff request relief in the amount of $25,00.00

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 4th day of March, 2014.

(Signature of Plaintiff(s))